**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

EZEQUIEL IGNACIO PESANTEZ ILLESCAS,
Petitioner, pro se,

v.

WARDEN, ELIZABETH CONTRACT DETENTION CENTER,
Respondent.

Civil Action No.: 2:26-cv-13310 (JKS)

**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AND A REQUEST TO VACATE NO TRANSFER ORDERS**

Petitioner Ezequiel Ignacio Pesantez Illescas, proceeding pro se, hereby gives notice that he voluntarily dismisses this habeas corpus action brought under 28 U.S.C. § 2241, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Petitioner states that the Immigration Court has issued an order of removal and that he does not intend to pursue an administrative appeal of that order. He therefore no longer seeks to litigate the claims presented in this habeas action.

This notice concerns only the present federal habeas action. It is not a request that this Court review, affirm, or enforce the immigration removal order.

Petitioner requests that the Clerk close this civil action if this notice is effective under Rule 41(a)(1)(A)(i). Petitioner further expressly requests that the Court vacate the October 13, 2026 non-transfer injunction (ECF No. 2), which enjoined Respondent from transferring Petitioner outside New Jersey pending further order of the Court, and vacate any other non-transfer order entered in this action that remains in effect. Petitioner understands that vacating the injunction will remove that federal-court protection against transfer. To the extent a separate judicial order is required to dissolve the injunction, Petitioner respectfully requests that the Court enter such an order.

Dated: 11/6/ ____________, 2026

Ezequiel Pesantez

Ezequiel Ignacio Pesantez Illescas, pro se
A-Number: 222-574-743
Elizabeth Contract Detention Center
625 Evans Street, Elizabeth, NJ 07201

**SO ORDERED**
*/s/ Jamel K. Semper*
**Hon. Jamel K. Semper, U.S.D.J.**
November 16, 2026